IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.A., K.P., R.K. and T.H., <br><br> Plaintiffs, <br><br> v. <br><br> Extended Stay America, Inc.; ESA Management, LLC; and HVM, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:21-cv-00957-SDG <br><br> JURY TRIAL DEMANDED <br><br> Pursuant to Fed. R. Civ. P. 38 |

**ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY**

This case comes before the Court on the Motion for Protective Order and Leave to Proceed Anonymously filed by Plaintiffs C.A., K.P., R.K., and T.H. The Court finds that Plaintiffs' privacy and safety interests outweigh the public's interest in knowing Plaintiffs' identities.

Therefore, Plaintiffs' motion is GRANTED. The Court hereby ORDERS that all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiffs as C.A., K.P., R.K., and T.H. respectively, by pseudonymous initials with no other additional identifying information.

SO ORDERED this 11th day of March 2021.

                                               Steven D. Grimberg
                                               Judge, USDC
                                               Northern District of Georgia

Prepared by:

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykketlvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, GA  30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

2