IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.A., K.P., R.K., and T.H., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXTENDED STAY AMERICA, INC.;. ) <br> ESA MANAGEMENT, LLC; and ) <br> HVM, L.L.C., ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION NO. 1:21-CV-00957-SDG |

## MODIFIED SCHEDULING ORDER

This matter is before the Court on the Parties' Joint Motion for Modification of Scheduling Order, requesting that this Court amend the scheduling order previously entered on August 9, 2022. Based on the Parties' agreement and good cause shown, the Court GRANTS the Parties' motion and enters the following modified scheduling order:

| Deadline | Current | Revised |
|---|---|---|
| Close of fact discovery | November 30, 2022 | January 30, 2022 |
| Designation of experts and production of expert reports | December 30, 2022 | February 28, 2023 |

1

| Deadline | Current | Revised |
|---|---|---|
| Designation of rebuttal experts and production of rebuttal expert reports | January 30, 2023 | March 31, 2023 |
| Completion of expert discovery including expert depositions | February 28, 2023 | May 1, 2023 |
| Deadline for filing of summary judgment and Daubert motions | March 31, 2023 | June 30, 2023 |

**SO ORDERED** this 31st day of October, 2022.

_____
Honorable Steven D. Grimberg
United States District Court Judge